IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| RITCHIE BROS. AUCTIONEERS (AMERICA), INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:14cv36-MHT (WO) |
| BEST RENTAL CORPORATION SE, et al., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint motion to dismiss, it is the ORDER, JUDGMENT and DECREE of the court that the motion is granted (doc. no. 74) and this case is dismissed in its entirety with prejudice, with the parties to bear their own costs and attorneys' fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of November, 2014.

                                        ___/s/ Myron H. Thompson_____
                                        UNITED STATES DISTRICT JUDGE